No. 789.  PRUDENTIAL INSURANCE CO. *v.* HOBBS, IN-
SURANCE COMMISSIONER;

No. 790.  AETNA INSURANCE CO. *v.* HOBBS, COMMIS-
SIONER OF INSURANCE;

No. 791.  AMERICAN INDEMNITY CO. *v.* HOBBS, COM-
MISSIONER OF INSURANCE; and

No. 792.  PACIFIC MUTUAL LIFE INSURANCE CO. *v.*
HOBBS, COMMISSIONER OF INSURANCE.  June 10, 1946.  *Per Curiam:*
The judgments are affirmed.  *Prudential Insurance Co.
v. Benjamin,* 328 U. S. 408; *Robertson* v. *California,* 328
U. S. 440.  *Joseph W. Henderson* and *W. E. Stanley* for
appellant in No. 789.  *John L. Hunt* for appellant in No.
790.  *John L. Hunt* and *Neth L. Leachman* for appellant

in No. 791.  *Robert Stone* for appellant in No. 792.